# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                      :     No. 53 ID
                              :
Administrative Suspension    :
Pursuant to Rule 219 of the    :
Pennsylvania Rules of        :
Disciplinary Enforcement     :

## O R D E R

**AND NOW**, this 12th day of August, 2020, it is hereby Ordered that the attorneys named on the attached list are administratively suspended pursuant to Rule 219, Pa.R.D.E. Said administrative suspension shall take effect 30 days after the date of this order pursuant to Rule 217(d), Pa.R.D.E.

_____
John A. Vaskov
Deputy Prothonotary